UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-20461-CMA

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation | : : : |
| Plaintiff, | : : |
| vs. | : : |
| LUXAGE GROUP, INC., a Pennsylvania corporation d/b/a LUXURY BAZAAR, and ROMAN SHARF, individually | : : : : |
| Defendants. | : : : |

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Rule 6, Fed.R.Civ.P., and Local Rule 7.1, Defendants Luxage Group, Inc. doing business as Luxury Bazaar and Roman Sharf ("Defendants"), by and through undersigned counsel, respectfully move for an enlargement of time of 20 days, up through and including March 31, 2022, to move, answer, or otherwise respond to the Complaint in this matter. In support of this Motion, Defendants state as follows:

1.      Plaintiff Luxottica Group S.p.A. ("Plaintiff") served the Summons and Complaint in this action on Defendants on February 18, 2022.

ME1 39749650v.1

2. The current deadline for Defendants to respond to the Complaint is March 11, 2022.

3. Counsel for Defendants is in the process of reviewing the allegations in the Complaint in order to adequately respond but requires a short enlargement of time in order to confer with Defendants regarding these allegations.

4. Counsel for Plaintiff has courteously agreed that he is unopposed to Defendants' requested 20-day enlargement of time.

5. Based on the foregoing, Defendants respectfully requests an enlargement of time, through and including March 31, 2022, to move, answer, or otherwise respond to the Complaint.

6. Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, this Court has the discretion to grant an extension of time to Defendants upon a showing of good cause:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
>
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1).

7. In accordance with Rule 6(b)(1)(A), Defendants have filed this Motion requesting an extension of time prior to the expiration of the original deadline to respond to Plaintiff's Complaint.

8. This Motion has not been made to unduly delay this proceeding, and it is not being made for any improper purposes. Instead, for the reasons set forth above, Defendants have asserted good cause for such an extension and would be unduly prejudiced if this brief extension is not granted.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending the deadline for Defendants to move, answer, or otherwise respond to the Complaint through and including March 31, 2022.

Dated:  March 1, 2022

Respectfully submitted,

/s/ Tania Cruz
By: Tania Cruz
Florida Bar No.: 899151

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify the movant has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in this motion and counsel for Plaintiff does not oppose the relief requested herein.

/s/ Tania Cruz