**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20461-CIV-ALTONAGA/Torres**

**LUXOTTICA GROUP S.p.A.**,

    Plaintiff,

v.

**LUXAGE GROUP, INC.**; *et al.*,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court upon Defendants' Unopposed Motion for Extension of Time to Respond to Complaint [ECF No. 6]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants have up through and including **March 31, 2022** to file their combined response or separate answers to Plaintiff's Complaint.

**DONE AND ORDERED** in Miami, Florida, this 4th day of March, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record