UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-20461-CMA

LUXOTTICA GROUP S.p.A., an
Italian corporation,

        Plaintiff,

vs.

LUXAGE GROUP, INC., a
Pennsylvania corporation d/b/a
LUXURY BAZAAR, and
ROMAN SHARF, individually,

        Defendants.
_____/

## NOTICE OF ELECTION OF STATUTORY DAMAGES

Plaintiff, Luxottica Group S.p.A., pursuant to Section 35 of the Lanham Act (15 U.S.C. § 1117), hereby elects that damages against Defendants be determined under the statutory method for all infringements involved in this action.

Dated: March 11, 2022

        Respectfully submitted,

        By: /s/ David B. Rosemberg
        David B. Rosemberg, P.A. (0582239)
        david@rosemberglaw.com
        **ROSEMBERG LAW**
        20200 W. Dixie Hwy., Suite 602
        Aventura, Florida 33180
        Telephone: 305.602.2008
        Facsimile:   305.602.0225

        *Counsel for Luxottica Group S.p.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically on March 11, 2022, on all counsel or parties of record.

/s/ David B. Rosemberg
David B. Rosemberg
