UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-cv-20461-CMA

Luxottica Group S.p.A., an
Italian Corporation,

    Plaintiff,

v.

Luxage Group, Inc., a
Pennsylvania corporation d/b/a
Luxury Bazaar, and
Roman Sharf, individually,

    Defendants.

_____/

**CORPORATE DISCLOSURE STATEMENT OF LUXAGE GROUP, INC. d/b/a/
LUXURY BAZAAR PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Luxage Group, Inc. d/b/a/ Luxury Bazaar certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: March 14, 2022         Respectfully submitted,

                                       /s/ Tania Cruz
                                    Tania Cruz
                                    899151
                                    tcruz@mccarter.com
                                    **McCarter & English, LLP**
                                    2525 Ponce De Leon Boulevard, Suite 300
                                    Coral Gables, Florida 33134
                                    (786) 385-7372

                                    *Attorneys for Defendants Luxage Group, Inc. d/b/a Luxury Bazaar and Roman Sharf*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via operation of the Court's electronic filing system and via electronic mail upon all counsel of record.

Dated:  March 14, 2022

                                                   /s/ Tania Cruz
                                                   Tania Cruz