UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-20461-CMA

LUXOTTICA GROUP S.p.A., an
Italian corporation,

       Plaintiff,

vs.

LUXAGE GROUP, INC., a
Pennsylvania corporation d/b/a
LUXURY BAZAAR, and
ROMAN SHARF, individually,

       Defendants.

_____/

**PLAINITIFF'S NOTICE OF SETTLEMENT AND REQUEST TO ABATE**

    Plaintiff, Luxottica Group S.p.A., through undersigned counsel, hereby notifies the Court of the following:

    1.    A confidential settlement has been reached between Plaintiff, Luxottica Group S.p.A., and Defendants Luxage Group, Inc. and Roman Sharf, with respect to Plaintiff's claim in the above-captioned lawsuit.

    2.    Pursuant to the Parties' confidential agreement, certain conditions must occur on or before December 12, 2022, such that the settlement may be completed.

    3.    Plaintiff and Defendants will cooperate in good faith toward the fulfillment of those conditions; however, in an abundance of caution, should the conditions fail to occur, the Parties may need to resume these proceedings and reset deadlines herein.

4.     Therefore, Luxottica Group S.p.A., respectfully requests that the Court abate the proceedings with respect to Plaintiff's Complaint against the Defendants, through and including December 12, 2022, to allow for the settlement conditions to occur.  Upon fulfillment of the settlement conditions, the Parties will file a Joint Stipulation of Dismissal of the Complaint with Prejudice.

Respectfully submitted,

By: /s/ David B. Rosemberg
David B. Rosemberg, P.A. (0582239)
david@rosemberglaw.com
**ROSEMBERG LAW**
20200 W. Dixie Hwy., Suite 602
Aventura, Florida 33180
Telephone: 305.602.2008
Facsimile:   305.602.0225

*Counsel for Plaintiff Luxottica Group S.p.A.*

### CERTIFICATE OF SERVICE

This certifies that on this 28th day of April 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF electronic filing system.

/s/ David B. Rosemberg
David B. Rosemberg

4893-7338-0893, v. 1