## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-20461-CIV-ALTONAGA/Torres

**LUXOTTICA GROUP S.p.A.**,

     Plaintiff,

v.

**LUXAGE GROUP, INC.**; *et al.*,

     Defendants.

_____/

## <u>ORDER ADMINISTRATIVELY CLOSING CASE</u>

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Settlement and Request to Abate [ECF No. 27], filed on April 28, 2022.  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1.  The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal by December 15, 2022.

2.  If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.  Furthermore, the Court retains jurisdiction over the case until the settlement is consummated.

3.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of April, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record